August 09, 2006

Mr. Keith C. Livesay
Hernandez Law Firm
P.O. Box 3000
Edinburg, TX 78540

Mr. Anthony F. Constant
Constant & Vela
4659 Everhart, Suite 106
Corpus Christi, TX 78411
Honorable Noe Gonzalez
370th District Court
100 N. Closner, 2nd Floor
Edinburg, TX 78539

RE: Case Number: 06-0515
 Court of Appeals Number: 13-06-00049-CV
 Trial Court Number: C-1549-05-G

Style: IN RE AL CARDENAS MASONRY, INC.

Dear Counsel:

 Today the Supreme Court of Texas granted in part and denied in part
the Request for Stay and issued the enclosed stay order in the above-
referenced case. The petition for writ of mandamus remains pending before
this Court.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Cathy |
| |Wilborn |
| |Mr. Omar |
| |Guerrero |